## IN RE MARIAH P. ET AL.

The respondent father's petition for certification for appeal from the Appellate Court, 109 Conn. App. 53 (AC 29240), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Daniel H. Erskine,* in support of the petition.

*Colleen Broderick,* assistant attorney general, in opposition.

Decided November 5, 2008

## KANDY ESPOSITO *v.* DAVID BANNING

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 479 (AC 28661), is denied.

*Daniel W. Adelman,* in support of the petition.

*Gail M. Lawrence,* assistant attorney general, in opposition.

Decided November 5, 2008

## STATE OF CONNECTICUT *v.* JAMES MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 305 (AC 28998), is denied.